## CERTIFICATE OF SERVICE

I, Sandra G. McLamb, hereby certify that on the ___14___ day of July 2004, I caused a true and correct copy of the following document to be served on the individuals on the attached service list(s) in the manner indicated:

NOTICE OF VOLUNTARY DISMISSAL WITH
PREJUDICE OF COMPLAINT

_____
Sandra G. McLamb (DE Bar No. 4283)

**InaCom v. AMJ, Inc.**
USDC, DE Civil Action No. 0-4-588 GMS
Document No. 109894
02 – First Class Mail

**First Class Mail**
(AMJ Inc.)
Stanley Muss, Chair of the Board
118-35 Queens Blvd.
Forest Hills, NY  11375

**First Class Mail**
(AMJ Inc.)
Muss & Muss (Process address for AMJ Inc.)
118-35 Queens Blvd.
Forest Hills, NY  11375